ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

Edward K. Bernatavicius (AZ #024174)
Trial Attorney
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
Mobile: N/A
E-Mail: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| Universal Solar America, LLC, | ) | **Case No. 2:23-bk-06491-MCW** |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| Debtor(s). | ) | **FOR NOTICE** |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated trial attorney for the United States Trustee in the above-captioned case. Please direct all notices and filings filings to   Edward K. Bernatavicius,   Trial Attorney, Office of the United States Trustee, 230 N. First Ave, Suite 204, Phoenix, Arizona, 85003 and to   Edward.K.Bernatavicius@usdoj.gov   for electronic notices.

Respectfully Submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated   September 18, 2023       /s/Edward K. Bernatavicius
Edward K. Bernatavicius
Trial Attorney
District of Arizona

| | |
|---|---|
| 1 | COPY of the foregoing served via electronic mail |
| 2 | September 18, 2023 |
| | to all parties listed below: |
| 3 | |
| | Patrick F. Keery |
| 4 | Keery McCue, PLLC |
| | 6803 E. Main St, Ste 1116 |
| 5 | Scottsdale, AZ 85251 |
| | Email:   pfk@keerymccue.com |
| 6 | Attorney for Debtor(s) |
| 7 | /s/ Dale S. Griffiths |
| | Dale S. Griffiths |
| 8 | Paralegal |