MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 Subchapter V |
|---|---|
| **UNIVERSAL SOLAR AMERICA, LLC** | Case No. 2:23-bk-06491-MCW |
| Debtor. | **PETITION FOR AUTHORITY TO RETAIN COUNSEL FOR THE DEBTOR PURSUANT 11 U.S.C. § 327** |

Universal Solar America, LLC ("**Debtor**"), as Debtor and Debtor-in-Possession in the above-entitled Chapter 11 proceeding, hereby petitions the Court as follows:

1. On September 18, 2023 ("**Petition Date**"), Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code commencing the instant bankruptcy proceeding ("**Bankruptcy Proceeding**").

2. As evidenced by the Consent Resolution attached hereto as Exhibit A, Debtor is authorized to commence the instant Bankruptcy Proceeding and has authorized the retention of Keery McCue, PLLC ("**KM**") for such representation.

3. Debtor needs legal representation during the term of the Bankruptcy Proceeding.

4. KM is familiar with the Debtor's financial situation and is qualified to represent the Debtors.

5. The professional legal services KM shall render include, without limitation, preparation of pleadings and applications, conducting examinations incidental to administration, advising the Debtor of its rights, duties, and obligations under Chapter 11 of the Bankruptcy Code, taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 estate, and advising the Debtors in the formulation and presentation of a plan pursuant to Chapter 11 of the Bankruptcy Code, the disclosure statement and concerning any and all matters relating thereto.

6. As evidenced by the affidavit filed concurrently herewith, KM is a disinterested party, does not hold or represent an interest adverse to the estate, and will assist the Debtors in carrying out the Debtors' duties under Chapter 11.

7. To the best of Debtor's knowledge, KM has no undisclosed connection with the creditors, or any other party in interest, or any of their respective attorneys, or any person employed in the office of the United States Trustee, and represents no interest adverse to the Debtors or the bankruptcy estate.

8. The fees of KM for legal services to be provided to the Debtor during the Bankruptcy Proceeding will be at an hourly rate of $165.00 per hour to $475.00 per hour.

**WHEREFORE**, the Debtor prays that this Court authorize the retention of KM as the attorneys for the Debtors during the Chapter 11 Bankruptcy Proceeding or until further order of the Court.

///

///

///

-2-
PETITION FOR AUTHORITY TO RETAIN COUNSEL FOR DEBTOR
Case 2:23-bk-06491-MCW    Doc 4    Filed 09/18/23    Entered 09/18/23 18:29:55    Desc
Main Document    Page 2 of 3

**DATED** this _12_ day of September, 2023.

                                            **UNIVERSAL SOLAR AMERICA, LLC**

By: _____
      John Bereckis
      *Managing Member of Debtor*

**COPY** of the foregoing served
via email to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov

By: */s/ Mollie Thompson*