# EXHIBIT "A"

# CONSENT AND RESOLUTION OF
# UNIVERSAL SOLAR AMERICA, LLC

## SEPTEMBER 12, 2023

The undersigned persons, being the sole and managing member of Universal Solar America, LLC, an Arizona Limited Liability Company (the "**Company**"), hereby gives written consent and authorization, in accordance with the provisions of Section 29-683 of the Arizona Revised Statutes, to the adoption of the following resolutions, and the same are hereby adopted:

**RESOLVED,** that John Bereckis, as managing member of the Company, shall have authority to file a Chapter 11 bankruptcy for the Company immediately; and

**FURTHER RESOLVED**, that John Bereckis, as managing member of the Company is authorized to retain Keery McCue, PLLC as attorneys to represent the Company in the bankruptcy case as general bankruptcy counsel; and

**FURTHER RESOLVED**, that all acts of the Members of the Company since the last meeting of Members are hereby ratified and approved in all respects.

The Members of the Company are hereby directed to file this instrument with the minutes of the proceedings of the Company. The actions taken hereby shall be of the same force and effect as if taken at a meeting of the Members, duly called and constituted pursuant to the laws of the State of Arizona.

**DATED** this 12th day of September, 2023.

_____
John Bereckis
*Managing Member*