MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**UNSWORN DECLARATION PURSUANT TO RULE 2016 UNDER PENALTY OF PERJURY BY ATTORNEY FOR DEBTOR** |

The undersigned attorney does hereby certify under penalty of perjury and pursuant to Rule 2016(b) of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to him for services rendered or to be rendered in connection with the case is as follows:

On September 15, 2023, Keery McCue, PLLC ("**KM**") received a wire in the amount of $25,000 ("**Initial Deposit**") from Debtor. The Initial Deposit was received into KM's Trust Account. KM applied $1,738.00 for the filing fees for the chapter 11 bankruptcy proceeding ("**Bankruptcy Proceeding**"). Prior to commencement of the Bankruptcy Proceeding, KM offset $3,257.00 for pre-petition services performed (Inv. No. 103384). As such, Debtor's current retainer balance held in KM's Trust Account is $20,005.00. The Debtor has agreed to pay KM at the firm's normal hourly

rates of $165.00 to $475.00 per hour. The funds received will be used to pay the fees and costs of this Bankruptcy Proceeding, and only after KM has submitted an application for such fees and costs that has been properly noticed to creditors and approved by the Court.

2. That the source of such compensation is Debtor.

3. That Affiant has not shared nor agreed to share such compensation with anyone.

**DATED** this 18th day of September, 2023.

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery, Esq.*
Patrick F. Keery, Esq. (#030971)
*Proposed Attorneys for Debtor*

**COPY** of the foregoing served via email to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov
Email: Edward.K.Bernatavicius@usdoj.gov

By: /s/ *Mollie Thompson*