**KM**
KEERY | McCUE

MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 Subchapter V<br><br>Case No. 2:23-06491-MCW<br><br>**VERIFIED STATEMENT PURSUANT TO RULE 2014 UNDER PENALTY OF PERJURY BY ATTORNEY FOR DEBTOR** |

STATE OF ARIZONA )
                          ) ss.
County of Maricopa )

     PATRICK F. KEERY, being first duly sworn, deposes and says:

1. I am a shareholder with the law firm of Keery McCue, PLLC ("**KM**" or the "**Firm**") that is located at 6803 East Main Street, Suite 1116, Scottsdale, Arizona 85251.

2. I am duly admitted to practice in the State of Arizona and am in good standing.

3. I practice in the field of bankruptcy law and am qualified to represent the Debtor.

4. The range of hourly rates charged by KM are as follows:
Attorneys - $300-$475 per hour
Paralegals and Law Clerks - $165 to $185 per hour
Administrative Assistants - $75 per hour

A copy of the Debtor's Fee Agreement with KM is attached hereto and incorporated herein as **Exhibit "A."**

5. To the best of my knowledge, neither I nor this Firm has any connection with the Debtor, their creditors, or any other party in interest,[1] or any of their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. KM is a disinterested party as that term is defined by 11 U.S.C. §101 in that it is not a creditor, equity security holder or an insider of the Debtor. KM will act in the best interest of the Debtor and will represent no other interest adverse to Debtor's during this Chapter 11 proceeding.

7. KM is being employed pursuant to 11 U.S.C. § 327.

8. KM will submit pay applications to the Court in accordance with the Local and Federal Rules of Bankruptcy Procedure and will not remove funds held in trust for Debtor until such pay applications have been approved by the Court.

9. KM understands and agrees that the "Attorney Lien" section of its fee agreement with Debtor is inapplicable so long as Debtor's bankruptcy proceeding is pending.

///

///

///

---

[1] Pursuant to the Debtor's Fee Agreement, Debtor's principal, John Bereckis, has personally guaranteed all amounts owing to KM related to the representation of Debtor.

-2-
VERIFIED STATEMENT PURSUANT TO FRBP 2014

DATED this 18th day of September, 2023.

KEERY MCCUE, PLLC

By: _____
Patrick F. Keery, Esq.
*Proposed Attorneys for Debtor*

SUBSCRIBED AND SWORN to me before this 18th day of September, 2023 by Patrick F. Keery.

By: _____
Notary Public

My Commission Expires:

MOLLIE THOMPSON
Notary Public, State of Arizona
Maricopa County
Commission # 589409
My Commission Expires
October 30, 2024

**COPY** of the foregoing served via email to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov

By: */s/ Mollie Thompson*

-3-
VERIFIED STATEMENT PURSUANT TO FRBP 2014