# EXHIBIT "A"



# FEE AGREEMENT
## CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

Dear Client:

We appreciate your decision to retain the law firm of Keery McCue, PLLC ("KM") for a **Chapter 11 Bankruptcy** proceeding. In compliance with the Arizona Rules of Professional Conduct, it is our standard practice before engaging our representation to set forth the terms and conditions of our representation in writing ("Agreement"). This Agreement is for your understanding, protection, and minimizes the possibility of misunderstandings. This Agreement advises you of a number of your rights and responsibilities. Unless otherwise provided herein, this Agreement supersedes all previous agreements between the firm and the client either written or oral concerning the firm's representation of the client in this matter.

We will undertake your representation and work with you to achieve the desired objective by using our best judgment and skill in representing you. Please read the terms and conditions of the services the firm is willing to undertake as your attorneys. If the terms and conditions are acceptable, please execute this letter where indicated below and return it to the undersigned. By executing this Agreement, you are entering into a binding contract. Therefore, this Agreement will outline the scope of our representation and confirm that we are in mutual agreement of the terms of our services as legal counsel. This Agreement will also serve as evidence of your approval of our financial arrangement.

This Agreement is entered into by and between KM and **UNIVERSAL SOLAR AMERICA, LLC** herein "CLIENT". CLIENT hires KM, and any attorneys, consultants, paralegals, and legal assistants, hired (as employees or independent contractors) now or in the future by KM, to do the following legal work: The Firm will represent the CLIENT in their Bankruptcy proceeding and related matters. The scope of the representation is limited to the above task unless you specifically request additional tasks. Any additional tasks will require a separate representation agreement.

## WHO WORKS ON THE CASE:

KM has the right to bring in other lawyers to work on this case. Also, CLIENT gives the power for all lawyers, consultants, paralegals, legal assistants and interns who are now working for KM as employees or independent contractors, or individuals who are hired in the future, to work on this matter. Patrick F.

6803 East Main Street, Suite 1116, Phoenix, AZ 85251
Phone: (480) 478.0709 Fax: (480) 478.0787
www.keerymccue.com

Keery or any other lawyer / professional in the firm, will not perform any service for CLIENT unless specified in this Agreement or authorized in writing by CLIENT.

## CASE CONTROL:

CLIENT gives KM the right to take all steps in management of this matter that KM believes necessary. KM will ultimately defer to the CLIENT to make decisions.

## RESULTS NOT GUARANTEED:

CLIENT has been told, recognizes and understands that KM has made No GUARANTEE promising the success or outcome of this case.

## HOW FEES ARE PAID:

CLIENT agrees to pay to KM all legal fees figured as follows:

CLIENT agrees to pay to KM, a RETAINER FEE of $25,000.00 plus a FILING FEE of $1,738.00 for a total of **$26,738.00** for deposit into KM's trust account. Furthermore, Client agrees to provide further advances on a regular basis, and always within ten (10) days of notice from Law Firm. Law Firm shall have the right to withdraw funds from the trust account at any time to be applied to outstanding fees and costs.

All legal work will be charged against the retainer. CLIENT will be billed at an hourly rate of Four Hundred Seventy-Five dollars ($475.00) per attorney hour. CLIENT will be billed at this rate anytime a staff attorney works on CLIENT's file, including but not limited to time spent writing, reviewing and signing letters, file review, legal research, preparing or responding to interrogatories or other information gathering procedures, preparation of court papers, telephone or conference time with CLIENT, relatives, friends or other persons involved in the case, depositions, meetings with experts, travel time from the office and return, court appearances (which includes waiting time for a judge, opposing counsel, or a courtroom to open up and any other time spent and / or work performed relating to CLIENT's case.

## NO ESTIMATE OF FEES:

Because much of Law Firm's work may depend upon the responses of the other parties or agencies involved, or upon facts not yet known, it is virtually impossible to determine, at the beginning of a matter, the full nature and extent of the legal services which may ultimately be necessary on CLIENT's matter. CLIENT therefore acknowledges that any oral or written estimate of fees for any matter is only an estimate, based on very preliminary information, and that the actual fee and costs of a particular matter may vary materially from any such estimate. CLIENT agrees to pay the actual fees and costs billed for all services performed.

**ADDITIONAL FEES:**

CLIENT understands KM uses consultants, paralegals, and legal assistants to do quality legal work at a savings to CLIENT. CLIENT agrees that Patrick F. Keery also meets with staff and reviews their work. CLIENT agrees to pay for that time. CLIENT will be billed for time spent by:

> Consultants at an hourly rate of Two-Hundred and Fifty dollars ($250.00) per hour
> Paralegals at an hourly rate of One Hundred and Sixty-Five dollars ($165.00) per hour through One Hundred and Eighty-Five dollars ($185.00) per hour
> Legal Assistants at an hourly rate of Fifty dollars ($50.00) per hour

CLIENT agrees and understands that Consultants, Paralegals, and Legal Assistants billing time includes that time spent in helping KM work on CLIENT's file as well as time spent with CLIENT in person or on the telephone and time spent photocopying papers or any other time spent on CLIENT's file. CLIENT agrees and understands that conversations with bookkeepers, legal assistants or paralegals is not legal advice. However, in an attempt to keep costs down by KM to relay information to CLIENT, CLIENT agrees that research and other work that KM believes important may be done by a Consultant, Paralegal, legal assistant or any other employee KM believes able to do the work. Over-night mail and postage will be charged to CLIENT as additional fees.

**FEES BEYOND RETAINER:**

CLIENT has read and understands that this Agreement calls for any and all fees to be figured on an hourly basis and that the total fee can and <u>probably</u> will be more than the retainer paid under this Agreement.

**EXPERTS AND OUTSIDE CONSULTANTS:**

KM may suggest using experts, such as business valuation experts, appraisers, or accountants. CLIENT understands that it is CLIENT's responsibility and CLIENT's responsibility alone, to hire and pay for the experts. It is also CLIENT's responsibility to keep KM informed of the progress made by each expert throughout CLIENT's case.

**MESSENGER COSTS:**

Any time KM uses a messenger service to deliver or pick up papers to or from the court, another attorney or other places, CLIENT will be charged per trip pursuant to the cost of the messenger service.

**PAYMENT OF COSTS:**

CLIENT agrees to pay all postage costs, including First Class and Overnight, as needed. Costs include filing fees, service of papers, deposition and transcript costs, appraisals, parking, in addition to express mail, photocopying and faxing. CLIENT will be billed at the rate of $.75 per page faxed or received. CLIENT will be billed for photocopies at the rate of $.12 for each page copied. This charge includes staff time spent making copies. CLIENT understands that these monies are in addition to the retainer.

CLIENT UNDERSTANDS THAT IT IS KM'S POLICY NOT TO ADVANCE ANY COSTS. CLIENT BY SIGNING BELOW, UNDERSTANDS AND AGREES THAT NO PAPERS CAN BE FILED WITH THE COURT OR DEPOSITIONS SCHEDULED OR SERVICE OF PROCESS MADE, OR APPRAISALS OBTAINED UNTIL CLIENT HAS DEPOSITED THE MONEY IN TO KM'S TRUST ACCOUNT. IF THERE ARE EMERGENCIES WHEN KM ADVANCES ANY COSTS, CLIENT SHALL REIMBURSE KM IMMEDIATELY UPON KM'S REQUEST. FAILURE OF CLIENT TO REIMBURSE KM MAY RESULT IN KM WITHDRAWING FROM CLIENT'S FILE.

**PAYMENT OF MONEY IN TRUST FOR COSTS:**

CLIENT gives the right to KM to withdraw money from CLIENT's trust account, to pay back KM for actual costs paid by KM. At the end of the case, CLIENT also authorizes KM to withdraw money from CLIENT's trust account to reimburse KM for unpaid legal fees.

**BILLING:**

a. HOW BILLS ARE FIGURED: Bills will be figured in tenths of one hour. Each tenth of an hour equals six minutes.
b. MINIMUM BILLINGS: CLIENT understands that when KM is in the office, KM charges a minimum of two-tenths hours (12 minutes) for CLIENT's case, including telephone calls, except for reviewing and signing letters which will be billed for one-tenth hour.

**MONTHLY BILLING:**

KM will bill monthly for legal services. Bills will show the time spent on all work, the work that was done and the billing rate. The bill also shows any credits or money left on account as well as any money due now for work done on CLIENT's case.

**BILLING PAYABLE:**

Bills are payable immediately when received. Bills not paid within thirty (30) days will be charged a late charge at a simple interest rate of eighteen percent (18%) per annum.

## BAD CHECKS:

CLIENT agrees to pay a $45.00 service charge, in addition to any and all bank charges, if CLIENT writes a check that is returned for any reason whatsoever, including insufficient funds or stop payment order.

## NON PAYMENT:

This law firm is willing to arrange a reasonable payment plan for CLIENT after the initial retainer has been used up. However, if CLIENT refuses to pay the bill or make arrangements to pay the bill within thirty (30) days of the bill being sent, KM will file a Motion to Withdraw at the earliest possible time and seek to collect fees and costs owed, plus any late charges due by collection.

## BILLING REQUESTS AND COMPLAINTS:

Unless CLIENT mails to KM a written complaint about a bill within 30 days after the date on the envelope, that bill shall be totally acceptable to CLIENT and CLIENT shall pay the full amount without a complaint. CLIENT may ask for a bill at any time. KM will mail a bill to CLIENT within 72 hours of any written request (holidays and weekends excluded).

## ADDITIONAL SECURITY:

a. KM shall have the right to require CLIENT to pay an additional retainer or higher -monthly payment towards KM's fees based on the amount of work which CLIENT's case is likely to cost in the future and how quickly the bill has been paid by CLIENT in the past. KM shall also have the right to require CLIENT to give KM security or more security, for past-due balances or future fees and costs. An additional retainer, higher monthly payments or a form of security may be required if CLIENT's balance for services is more than $2,500.00.

## ATTORNEYS LIEN:

a. Should CLIENT receive any cash or property by-agreement, settlement or Judgment, or Order during or after CLIENT's case, such money from the sale of a house, business, etc., CLIENT agrees to have this money deposited into KM's trust account and CLIENT gives KM authority to pay any balance due KM out of this money before transferring the balance to CLIENT. CLIENT agrees that KM may file and record this LIEN and/-or file this Agreement.
b. In case this Agreement is ended and attorney's fees and/or costs are owed by the CLIENT, KM shall have a right to place a professional services lien on all property or assets of CLIENT to secure the payment of outstanding fees and/or costs.

6803 East Main Street, Suite 1116, Phoenix, AZ 85251
Phone: (480) 478.0709 Fax: (480) 478.0787
www.keerymccue.com

## INSURANCE DISCLOSURE:

Pursuant to Arizona Rules of Professional Conduct, notice is hereby given that KM does maintain Errors and Omissions insurance coverage applicable to the services to be rendered.

## ARBITRATION / SMALL CLAIMS COURT:

Both KM and CLIENT agree to resolve all fee disputes by binding arbitration before the Arizona State Bar Arbitration Program, except for fee disputes in Small Claims Court.



| _PFK_ | _JB_ |
|---|---|
| PFK | |
| Attorney's Initials | Client's Initials |

## PROFESSIONAL RELATIONSHIPS:

KM understands that the CLIENT wishes to have KM represent CLIENT only so long as CLIENT is totally satisfied with the services performed by KM, and the fees and costs charged by KM. CLIENT agrees and it is the wish of KM to represent only CLIENT's who:

  a. Are satisfied with the services of KM;
  b. Follows KM' advice; and
  c. Pays KM for legal work, court costs, and incurred expenses.

## RIGHT TO WITHDRAW:

CLIENT understands that he or she has the right to have KM, on CLIENT's request, opt out of the case by requesting that KM sign a form called SUBSTITUTION OF ATTORNEY. CLIENT also understands that when this happens, the CLIENT will receive the original file from KM and that KM can only keep the original notes or personal papers.

KM believing that they also have the right to opt out of the case, may ask the CLIENT to sign the SUBSTITUTION OF ATTORNEY FORM, if any of the following issues arise:

1. CLIENT wants to do or suggests a criminal or illegal act; or
2. KM discovers CLIENT has used KM's services to do an illegal act; or
3. CLIENT insists that KM engages in activities that are unethical, unwise; or result in an undue financial burden on the firm; or
4. CLIENT does not communicate with KM; or
5. If CLIENT's bill goes unpaid for a period over 30 days beyond the due date; or
6. CLIENT refuses to accept or offer a settlement which KM believes is reasonable; or
7. CLIENT does not follow KM's advice.

KM will NOT file a SUBSTITUTION OF ATTORNEY FORM or MOTION TO WITHDRAW AS ATTORNEY unless the following protections have been made:

1. KM gives CLIENT enough notice to hire a new attorney;
2. KM delivers to CLIENT all papers and property belonging to CLIENT; and
3. KM acts to keep CLIENT safe from possible harm by an upcoming court hearing or other action by obtaining a continuance.

If the CLIENT refuses to sign the SUBSTITUTION OF ATTORNEY FORM when asked within ten (10) days, KM has the right to file a MOTION To WITHDRAW as ATTORNEY.

It is the right of the CLIENT to substitute KM out of CLIENT's case at any time. CLIENT realizes that a Substitution has <u>NO EFFECT ON THE FEES AND COSTS IN THIS AGREEMENT</u>.

After this Agreement is ended by Substitution or Motion to Withdraw, KM has the right to have a copy of CLIENT's file and will have the right to charge CLIENT $ .25 per page.

## APPOINTMENTS:

CLIENT understands that KM usually sees CLIENT after making an appointment, except emergencies. Walk-in appointments are not made, unless an emergency. CLIENT understands that KM may from time to time have to change appointments, and that this will be done at the earliest possible time. CLIENT further understands that KM may have to change an appointment at the last minute due to unforeseen circumstances. KM apologizes in advance for any and all inconveniences this may cause CLIENT. KM would appreciate CLIENT notifying KM of any appointments CLIENT is unable to keep.

## ACTIONS NOT COVERED BY THIS AGREEMENT:

Some events not covered by this agreement are post-judgment motions, motions to set aside or vacate judgment, notions for new trial, divorce action, judgment, including actions to secure or protect retirement benefits. CLIENT also understands that contempt actions are not covered by this Agreement regardless of whether they are pre or post-judgment. Further, CLIENT understands that bringing or defending appeals are not covered by this Agreement regardless of when the need for such actions may arise.

## TAX LIABILITY

The client understands that the Firm has made no representations or guarantee concerning tax liability. The Firm recommends that CLIENT consult with an independent tax advisor regarding CLIENT's situation and potential tax consequences. CLIENT's signature below indicates that CLIENT has read and understands this paragraph.

## INCREASE IN HOURLY RATES:

CLIENT understands and agrees that KM may change the hourly rates during the term of this Agreement by giving CLIENT thirty (30) days advance notice in writing.

## SEVERABILITY:

Any portion of this agreement which is determined to be invalid by a court of proper jurisdiction under Arizona law is hereby deemed severed from and not a part of this agreement. All portions, clauses and paragraphs not determined to be invalid remain in full force and effect. The Agreement is to be interpreted by the laws of the State of Arizona. The parties agree that Arizona is the proper jurisdiction and venue.

## MODIFICATIONS TO AGREEMENT:

No variance, change, modification, or augmentation of this Agreement shall be effective unless and until confirmed in writing signed by KM and the CLIENT making express reference to this Agreement. This document embodies the whole agreement of the parties. There are no promises, terms, conditions or obligations other than those contained herein, and this contract shall supersede all previous communications, representations, or other agreements, either verbal or written, between KM and CLIENT. Further, CLIENT understands that this Agreement applies to this matter only, not to other matters or legal problems.

## FUTURE SERVICES:

As we have discussed, and as is contained herein, KM represents many other companies and individuals. It is possible, if not probable, that some of our present or future clients could have disputes or transactions with the CLIENT. Therefore, as a condition to our undertaking this matter, the CLIENT must agree that KM may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not substantially related to our work for the CLIENT, even if the interests of such entities in those other matters are directly adverse to the CLIENT.

## FORMAL AGREEMENT:

We regret that this retainer must be so formal, but it is important for CLIENT to understand that CLIENT and KM are entering into a professional business relationship. KM feels it is important that CLIENT fully understand all of the terms of our relationship as this understanding will give both CLIENT and KM a firm foundation for our relationship.

6803 East Main Street, Suite 1116, Phoenix, AZ 85251
Phone: (480) 478.0709 Fax: (480) 478.0787
www.keerymccue.com

CLIENT swears or affirms that he or she has read, understands and agrees to this contract and has been given a copy of it.

**CLIENT(S):**

By: _John Bereckis (Sep 12, 2023 11:39 PDT)_          DATED: 09/12/23
    Universal Solar America, LLC
    John Bereckis

Its: Managing member

**KEERY MCCUE, PLLC**

By: _Patrick F. Keery, Esq._          DATED: 9/12/2023
    Patrick F. Keery,
    As Agent on Behalf of Law Firm

# Universal Solar America, LLC - KM Ch. 11 Retainer Agreement - 09122023

Final Audit Report 2023-09-12

| | |
|---|---|
| Created: | 2023-09-12 |
| By: | Mollie Thompson (mat@keerymccue.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3H37Um6-b1lexNU043K1nQmFXXJiabzL |

## "Universal Solar America, LLC - KM Ch. 11 Retainer Agreement - 09122023" History

- Document created by Mollie Thompson (mat@keerymccue.com)
  2023-09-12 - 6:00:20 PM GMT- IP address: 72.210.4.89

- Document emailed to john@universalsolar1.com for signature
  2023-09-12 - 6:00:25 PM GMT

- Document emailed to pfk@keerymccue.com for signature
  2023-09-12 - 6:00:25 PM GMT

- Email viewed by pfk@keerymccue.com
  2023-09-12 - 6:16:46 PM GMT- IP address: 172.224.247.13

- Email viewed by john@universalsolar1.com
  2023-09-12 - 6:34:24 PM GMT- IP address: 66.102.8.64

- Signer john@universalsolar1.com entered name at signing as John Bereckis
  2023-09-12 - 6:39:25 PM GMT- IP address: 179.48.249.220

- Document e-signed by John Bereckis (john@universalsolar1.com)
  Signature Date: 2023-09-12 - 6:39:27 PM GMT - Time Source: server- IP address: 179.48.249.220

- Signer pfk@keerymccue.com entered name at signing as Patrick F. Keery, Esq.
  2023-09-12 - 10:20:57 PM GMT- IP address: 72.210.4.89

- Document e-signed by Patrick F. Keery, Esq. (pfk@keerymccue.com)
  Signature Date: 2023-09-12 - 10:20:59 PM GMT - Time Source: server- IP address: 72.210.4.89

- Agreement completed.
  2023-09-12 - 10:20:59 PM GMT

**Adobe Acrobat Sign**