MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re | Chapter 11 Subchapter V |
|---|---|
| **UNIVERSAL SOLAR AMERICA, LLC** | Case No. 2:23-bk-06491-MCW |
| Debtor. | **DECLARATION OF JOHN BERECKIS IN SUPPORT OF DEBTOR'S PETITION FOR AUTHORITY TO RETAIN COUNSEL FOR THE DEBTOR PURSUANT TO 11 U.S.C. § 327** |

I, **JOHN BERECKIS**, being first duly sworn, deposes and says under penalty of perjury:

1. I am a resident of the State of Arizona.

2. I am the sole member and manager of Universal Solar America, LLC, an Arizona limited liability company ("**Debtor**").

3. I submit this declaration ("**Declaration**") in support of the Debtor's *Petition for Authority to Retain Counsel for the Debtor Pursuant to 11 U.S.C. § 327* (the "**Employment Application**")[Dkt. No. 4].

-1-

4. On September 15, 2023, Debtor provided the law firm of Keery McCue, PLLC ("**KM**") with an initial retainer payment in the amount of twenty-five thousand dollars ($25,000.00) to be utilized for Debtor to retain KM as bankruptcy counsel in the above captioned bankruptcy proceeding ("**Bankruptcy Proceeding**").

5. KM does not represent me individually.

6. I fully understand that KM's sole loyalty and duty is unequivocally to the Debtor.

7. Any time that Patrick F. Keery ("**Mr. Keery**") from KM spoke to me, or as the member of the Debtor, he advised that KM only represented the Debtor and no one else.

8. I understand and agree that while I have agreed to personally guarantee any amounts owing to KM for Debtor's representation in the Bankruptcy Proceeding, I do not individually have any control with respect to KM's actions in the Bankruptcy Proceeding and that control is reserved to the Debtor exclusively.

9. I have had an opportunity to consult with individual counsel regarding this matter.

**DATED** this 12_th day of September, 2023.

**JOHN BERECKIS**

By: _____
John Bereckis
*Managing Member of Debtor*