MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtors. | Chapter 11 – Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN that Universal Solar America, LLC ("**Debtor**"), by and through counsel undersigned, have lodged with the Bankruptcy Court this day, the Order attached hereto as **Exhibit "A."**

**DATED** this 18th day of September, 2023.

                **KEERY MCCUE, PLLC**

                By: /s/ *Patrick F. Keery* (#030971)
                    Patrick F. Keery, Esq.
                    *Proposed Attorneys for Debtor*

**E-FILED** this \_\_\_\_\_ day of September, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on the following parties that have appeared in the case.

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov
Email:Edward.K.Bernatavicius@usdoj.gov

By: */s/ Mollie Thompson*