# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: admin | Date Created: 9/19/2023 |
| Case: 2:23–bk–06491–MCW | Form ID: ntcdefw | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      ZCHAPTER 11 FMC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      U.S. TRUSTEE      USTPRegion14.PX.ECF@USDOJ.GOV
aty      EDWARD K. BERNATAVICIUS      edward.k.bernatavicius@usdoj.gov
aty      PATRICK F KEERY      pfk@keerymccue.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Universal Solar America, LLC      515 E. Carefree Hwy      Suite 439      Phoenix, AZ 85085

TOTAL: 1