ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney, United States Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
E-Mail: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>UNIVERSAL SOLAR AMERICA, LLC<br><br><br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-06491-MCW<br><br><br>**UNITED STATES TRUSTEE'S APPOINTMENT OF SUBCHAPTER V TRUSTEE** |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case(s):

Dawn M. Maguire
Trustee Maguire
5415 E. High Street #200
Phoenix, AZ 85054
TrusteeMaguire@gamlaw.com
480) 304-8302 (direct)
(480) 304-8300 (main office)
(480) 304-8301 (facsimile)

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

RESPECTFULLY SUBMITTED this 20th day of September, 2023.

                                              ILENE J. LASHINSKY
                                              United States Trustee
                                              District of Arizona

                                          By: /s/ (EKB #024174)_____
                                          EDWARD K. BERNATAVICIUS
                                          Tial Attorney, United States Trustee