Dawn M. Maguire (Ariz. No. 20368)
5415 East High Street, Suite 200
Phoenix, Arizona 85054
Phone: (480) 304-8300
Fax: (480) 304-8301
Email: TrusteeMaguire@gamlaw.com

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>UNIVERSAL SOLAR AMERICA, LLC,<br><br>                    Debtor. | Chapter 11<br>Subchapter V Small Business<br><br>Case No. 2:23-bk-06491-MCW<br><br>**NOTICE OF APPEARAND AND REQUEST FOR NOTICES** |

**NOTICE IS HEREBY GIVEN** that the undersigned is the designated Subchapter V Trustee, appointed by the United States Trustee in the above-captioned case. Please direct all notices and filings in this case to Dawn M. Maguire at the email address listed and/or mail to the address below:

Dawn M. Maguire<br>
Subchapter V Trustee<br>
5415 E. High St., Suite 200<br>
Phoenix, AZ 85054<br>
Email: TrusteeMaguire@gamlaw.com

DATED: September 20, 2023

                                                                TRUSTEE DAWN MAGUIRE

                                                                */s/ Dawn M. Maguire #20368*
                                                                Dawn M. Maguire
                                                                Subchapter V Trustee

1

| | |
|---|---|
| 1 | **E-FILED** on September 20, 2023, with the U.S. Bankruptcy Court and copies served electronically via the Court's CM/ECF notification system on all parties that have appeared in the case. |
| 2 | |
| 3 | |
| 4 | **COPIES** mailed and/or e-mailed the same date to: |
| 5 | Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 6 | E-Mail: edward.k.bernatavicius@usdoj.gov |
| 7 | PATRICK F KEERY<br>KEERY MCCUE, PLLC |
| 8 | pfk@keerymccue.com<br>*Debtor's Attorney* |
| 9 | |
| 10 | Universal Solar America, LLC<br>515 E. Carefree Hwy<br>Suite 439 |
| 11 | Phoenix, AZ 85085<br>*Debtor* |
| 12 | |
| 13 | /s/ Dawn Maguire |