Barry Aylstock, Esq. (#028983)
Joseph P. Brown, Esq. (#025381)
**FAITH, LEDYARD AND FAITH, PLC**
919 North Dysart Road, Suite F
Avondale, Arizona 85323
Phone: (623) 932-0430
Fax: (623) 932-1610
baylstock@faithlaw.com
jbrown@faithlaw.com
*Attorneys for Creditor Unicorn*
*Solar Development, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | In Proceedings Under Chapter 11 |
| **UNIVERSAL SOLAR AMERICA, LLC,** | Case No. 2:23-bk-06491-MCW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | (Assigned to the Honorable Madeleine Wanslee) |

NOTICE is hereby given that the undersigned counsel has been retained to represent Creditor Unicorn Solar Development, Inc. in the above-entitled, captioned and numbered bankruptcy case, and that copies of all documents and pleadings should henceforth be served on said counsel for and on behalf of Unicorn Solar Development, Inc. Request is further made that Unicorn Solar Development, Inc, be added to the Master Mailing List.

DATED: September 22, 2023

**FAITH, LEDYARD AND FAITH, P.L.C**

By: */s/ Joseph P. Brown*
     Joseph P. Brown
     Attorneys for Unicorn
     Solar Development, Inc.

- 1 -

1

2  Copy of the foregoing sent via ECF and electronic mail
   This 22nd day of September, 2023 to:
3

4  Patrick F. Keery
   Keery McCue, PLLC
5  6803 E. Main Street
   Suite 1116
6  Scottsdale, AZ 85251
   pfk@keerymccue.com
7  *Attorney for Universal Solar America, LLC*

8  Edward K. Bernatavicius
   United States Trustee
9  230 N. 1st Avenue, Suite 204
   Phoenix, AZ 85003
10 edward.k.bernatavicius@usdoj.com
   *Attorney for the United States Trustee*
11

12 Efiled this 22nd day of September, 2023
   With the United States Bankruptcy Court
13 and copies served via the Court's
   CM/ECF Notification System
14 This day on all parties that have
   Appeared in this case.
15

16 By: */s/ Joseph P. Brown*

17

18

19

20

22

23

24

25

26