# Notice Recipients

District/Off: 0970–2                User: admin               Date Created: 9/25/2023

Case: 2:23–bk–06491–MCW        Form ID: 309F2               Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr          ZCHAPTER 11 FMC

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Universal Solar America, LLC     515 E. Carefree Hwy     Suite 439     Phoenix, AZ 85085

tr          DAWN M. MAGUIRE     TRUSTEE MAGUIRE     5415 E. HIGH ST., STE 200     PHOENIX, AZ 85054

cr          Unicorn Solar Development, Inc.     Faith Ledyard and Faith, PLC     919 N. Dysart Road, Suite F     Avondale, AZ 85323 UNITED STATES

aty        DAWN M. MAGUIRE     TRUSTEE MAGUIRE     5415 E. HIGH ST., STE 200     PHOENIX, AZ 85054

aty        Joseph Patrick Brown     Faith, Ledyard & Faith, PLC     919 North Dysart Road, Suite F     Avondale, AZ 85323

aty        PATRICK F KEERY     KEERY MCCUE, PLLC     6803 E MAIN STREET     SUITE 1116     SCOTTSDALE, AZ 85251

smg       AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007–2650

17069699     ARIZONA DEPARTMENT OF REVENUE     2005 NORTH CENTRAL AVENUE     PHOENIX, AZ 85004–0000

17069700     BARRY M. AYLSTOCK, ESQ.     FAITH, LEDYARD & FAITH, PLC     919 N. DYSART ROAD, SUITE F     AVONDALE, AZ 85323

17072066     Dawn M. Maguire     Subchapter V Trustee     5415 E. High St., Suite 200     Phoenix, AZ 85054

17069701     INTERNAL REVENUE SERVICE     CENTRALIZED INSOLVENCY OPERATIONS     P.O. BOX 7346     PHILADELPHIA, PA 19101

17069702     JPMORGAN CHASE AUTO LOAN     MASERATI CAPITAL USA     700 KANSAS LANE     MONROE, LA 71203–4774

17069703     LOUIS W. HOROWITZ, ESQ.     LORBER, GREENFIELD & POLITO, LLP     3930 E. RAY ROAD, SUITE 260     PHOENIX, AZ 85044

17069704     PSG ENERGY GROUP, LLC     608 W. MAIN STREET     SUITE B     PITTSBORO, IN 46167

17069706     UNICORN SOLAR DEVELOPMENT, INC.     1024 IRON POINT RD.     FOLSOM, CA 95630

17069705     UNICORN SOLAR DEVELOPMENT, INC.     919 N. DYSART RD.     STE. F     AVONDALE, AZ 85323

17074272     Unicorn Solar Development, Inc.     c/o Faith, Ledyard and Faith, PLC     919 N. Dysart Road, Suite F     Avondale, AZ 85323

TOTAL: 17