# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23–bk–06491–MCW |
| Universal Solar America, LLC<br>515 E. Carefree Hwy<br>Suite 439<br>Phoenix, AZ 85085<br>SSAN:<br>EIN: 45–3962999 | Chapter: 11 |
| Debtor(s) | |

**NOTICE AND ORDER SETTING VIDEOCONFERENCE CASE
MANAGEMENT STATUS HEARING IN CHAPTER 11 SUBCHAPTER V CASE
AND DIRECTING DEBTOR TO FILE INITIAL STATUS REPORT**

The Debtor in above captioned Chapter 11 has elected to proceed under Subchapter V. In order to efficiently process this case to prompt conclusion, a case management status hearing will be held on **10/31/23** at **10:30 AM.**

Interested parties may appear by videoconference at **Zoomgov.com**. The hearing ID is **160 2682 4253** and passcode **425399** or by clicking on the following link:
https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09.

Debtor's counsel must promptly give notice of this hearing to the United States Trustee, the Subchapter V Trustee, and all parties on the master mailing list on file with the Court. At such status hearing, Debtor's counsel, the Subchapter V Trustee, and the Court shall address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's business or commercial operations;
2. The factors that led to the bankruptcy filing;
3. Whether Debtor has complied with 11 U.S.C. § 1187(a) and (b);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. The agreement between Debtor and the Subchapter V Trustee for compensation to the Trustee for services rendered and expense incurred during the case;
7. Agreements, if any, to reserve funds for the payment of approved administrative expenses;
8. Whether required reports have been filed;
9. Whether administrative operating expenses have been paid on a current basis;
10. Any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
11. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
12. The status of any litigation involving Debtor;
13. The deadline for filing a plan and the status of plan negotiations. (Under 11 U.S.C. § 1189, the Debtor shall file a plan not later than 90 days after the order for relief.)

– – – NOTICE AND ORDER CONTINUES ON NEXT PAGE – – –

Not later than 14 days before the date of the status hearing, Debtor must file with the Court and serve on the United States Trustee, Subchapter V Trustee, and all parties on the master mailing list a report as required by 11 U.S.C. § 1188(c) that details (i) Debtor's business or commercial activities, (ii) Debtor's efforts to formulate a Chapter 11 plan of reorganization, (iii) Debtor's efforts to communicate with creditors regarding such plan, and (iv) Debtor's proposal to fund the payment of allowed administrative expenses in the case. In the event the report is not timely filed the initial case management status hearing may be vacated and the Chapter 11 case will be subject to dismissal.

Failure to file monthly operating reports may also constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. §§ 105 and 1188(c).

Date: September 25, 2023                                          BY THE COURT

Address of the Bankruptcy Clerk's Office:        **Honorable Madeleine C. Wanslee**
U.S. Bankruptcy Court, Arizona                   United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov