# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: admin | Date Created: 9/25/2023 |
| Case: 2:23–bk–06491–MCW | Form ID: o11ntcvd | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
aty     EDWARD K. BERNATAVICIUS     edward.k.bernatavicius@usdoj.gov
aty     PATRICK F KEERY     pfk@keerymccue.com

                                                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Universal Solar America, LLC     515 E. Carefree Hwy     Suite 439     Phoenix, AZ 85085

                                                                                                           TOTAL: 1