In re:                                           Case No. 23-06491-MCW

Universal Solar America, LLC                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                            User: admin                                     Page 1 of 1

Date Rcvd: Sep 25, 2023                      Form ID: o11ntcvd                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

**Recip ID              Recipient Name and Address**
db                     +  Universal Solar America, LLC, 515 E. Carefree Hwy, Suite 439, Phoenix, AZ 85085-8839

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023                             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAWN M. MAGUIRE | on behalf of Trustee DAWN M. MAGUIRE TrusteeMaguire@gamlaw.com vpetrosky@gamlaw.com,DMaguire@ecf.axosfs.com |
| DAWN M. MAGUIRE | TrusteeMaguire@gamlaw.com vpetrosky@gamlaw.com,DMaguire@ecf.axosfs.com |
| EDWARD K. BERNATAVICIUS | on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov |
| Joseph Patrick Brown | on behalf of Creditor Unicorn Solar Development Inc. jbrown@faithlaw.com, rschmidt@faithlaw.com |
| PATRICK F KEERY | on behalf of Debtor Universal Solar America LLC pfk@keerymccue.com, Mthompson@ecf.courtdrive.com,2624@notices.nextchapterbk.com,mat@keerymccue.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:23−bk−06491−MCW

Universal Solar America, LLC  Chapter: 11
515 E. Carefree Hwy
Suite 439
Phoenix, AZ 85085
SSAN:
EIN: 45−3962999

Debtor(s)

**NOTICE AND ORDER SETTING VIDEOCONFERENCE CASE
MANAGEMENT STATUS HEARING IN CHAPTER 11 SUBCHAPTER V CASE
AND DIRECTING DEBTOR TO FILE INITIAL STATUS REPORT**

The Debtor in above captioned Chapter 11 has elected to proceed under Subchapter V. In order to efficiently process this case to prompt conclusion, a case management status hearing will be held on **10/31/23** at **10:30 AM.**

Interested parties may appear by videoconference at **Zoomgov.com**. The hearing ID is **160 2682 4253** and passcode **425399** or by clicking on the following link:
https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09.

Debtor's counsel must <u>promptly</u> give notice of this hearing to the United States Trustee, the Subchapter V Trustee, and all parties on the master mailing list on file with the Court. At such status hearing, Debtor's counsel, the Subchapter V Trustee, and the Court shall address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's business or commercial operations;
2. The factors that led to the bankruptcy filing;
3. Whether Debtor has complied with 11 U.S.C. § 1187(a) and (b);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. The agreement between Debtor and the Subchapter V Trustee for compensation to the Trustee for services rendered and expense incurred during the case;
7. Agreements, if any, to reserve funds for the payment of approved administrative expenses;
8. Whether required reports have been filed;
9. Whether administrative operating expenses have been paid on a current basis;
10. Any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
11. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
12. The status of any litigation involving Debtor;
13. The deadline for filing a plan and the status of plan negotiations. (Under 11 U.S.C. § 1189, the Debtor shall file a plan not later than 90 days after the order for relief.)

− − − NOTICE AND ORDER CONTINUES ON NEXT PAGE − − −

Not later than 14 days before the date of the status hearing, Debtor must file with the Court and serve on the United States Trustee, Subchapter V Trustee, and all parties on the master mailing list a report as required by 11 U.S.C. § 1188(c) that details (i) Debtor's business or commercial activities, (ii) Debtor's efforts to formulate a Chapter 11 plan of reorganization, (iii) Debtor's efforts to communicate with creditors regarding such plan, and (iv) Debtor's proposal to fund the payment of allowed administrative expenses in the case. In the event the report is not timely filed the initial case management status hearing may be vacated and the Chapter 11 case will be subject to dismissal.

Failure to file monthly operating reports may also constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. §§ 105 and 1188(c).

Date: September 25, 2023　　　　　　　　　　　BY THE COURT

Address of the Bankruptcy Clerk's Office:　　　**Honorable Madeleine C. Wanslee**
U.S. Bankruptcy Court, Arizona　　　　　　　　United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov