MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 – Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**CERTIFICATE OF SERVICE** |

I, Mollie Thompson, certify that on the 28th day of September, 2023, I personally caused to be mailed, First Class mail, postage prepaid, United States Postal Service, a true and correct copy of **Docket # 16 – Notice and Order Setting Videoconference Case Management Status Hearing in Chapter 11 Subchapter V Case and Directing Debtor to File Initial Status Report** to the United States Trustee, parties-in-interest and all Creditors as listed on the Master Mailing Matrix, attached hereto as Exhibit "A".

///

///

///

///

-1-

**DATED** this 28th day of September, 2023.

**KEERY MCCUE, PLLC**

By: /s/ *Mollie Thompson*
Mollie Thompson
Paralegal

**COPY** of the foregoing served
via email to:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov
Email: Edward.K.Bernatavicius@usdoj.gov

Dawn M. Maguire
5415 E. High St., Suite 200
Phoenix, AZ 85054
Email: TrusteeMaguire@gamlaw.com
*Subchapter V Trustee*

Joseph P. Brown
Faith, Ledyard and Faith, PLC
919 North Dysart Road, Suite F
Avondale, AZ 85323
Email: jbrown@faithlaw.com
*Attorneys for Creditor Unicorn Solar Development, Inc.*

By: /s/ *Mollie Thompson*