# EXHIBIT "A"

| Label Matrix for local noticing<br>0970-2<br>Case 2:23-bk-06491-MCW<br>District of Arizona<br>Phoenix<br>Thu Sep 28 10:38:02 MST 2023 | Unicorn Solar Development, Inc.<br>Faith Ledyard and Faith, PLC<br>919 N. Dysart Road, Suite F<br>Avondale, AZ 85323-1711 | Universal Solar America, LLC<br>515 E. Carefree Hwy<br>Suite 439<br>Phoenix, AZ 85085-8839 |
|---|---|---|
| ARIZONA DEPARTMENT OF REVENUE<br>2005 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-1545 | BARRY M. AYLSTOCK, ESQ.<br>FAITH, LEDYARD & FAITH, PLC<br>919 N. DYSART ROAD, SUITE F<br>AVONDALE, AZ 85323-1711 | Dawn M. Maguire<br>Subchapter V Trustee<br>5415 E. High St., Suite 200<br>Phoenix, AZ 85054-5454 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JPMORGAN CHASE AUTO LOAN<br>MASERATI CAPITAL USA<br>700 KANSAS LANE<br>MONROE, LA 71203-4774 | LOUIS W. HOROWITZ, ESQ.<br>LORBER, GREENFIELD & POLITO, LLP<br>3930 E. RAY ROAD, SUITE 260<br>PHOENIX, AZ 85044-7177 |
| PSG ENERGY GROUP, LLC<br>608 W. MAIN STREET<br>SUITE B<br>PITTSBORO, IN 46167-9640 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | UNICORN SOLAR DEVELOPMENT, INC.<br>1024 IRON POINT RD.<br>FOLSOM, CA 95630-8013 |
| UNICORN SOLAR DEVELOPMENT, INC.<br>919 N. DYSART RD.<br>STE. F<br>AVONDALE, AZ 85323-1711 | Unicorn Solar Development, Inc. ~~c/o Faith Ledyard and Faith, PLC 919 N. Dysart Road, Suite F Avondale, AZ 85323-1711~~ | ~~DAWN M. MAGUIRE TRUSTEE MAGUIRE 5415 E. HIGH ST., STE 200 PHOENIX, AZ 85054-5454~~ |
| ~~PATRICK F KEERY KEERY MCCUE, PLLC 6803 E MAIN STREET SUITE 1116 SCOTTSDALE, AZ 85251-4319~~ | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |