MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR DEBTOR*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 – Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND DECLARATION RE: ELECTRONIC FILING** |

Universal Solar America, LLC, an Arizona limited liability company, the debtor and debtor-in-possession herein ("**Debtor**"), by and through undersigned counsel, hereby files its Motion to Extend Time to File Schedules and Statements ("**Motion**") and moves for the entry of an order extending the time within which Debtor must file Schedules, Statements and Declaration re: Electronic Filing ("**Declaration**") in this case. In support of its Motion, Debtor states as follows:

1. Debtor filed its voluntary petition on September 18, 2023 ("**Petition Date**");

2. On the Petition Date, Debtor sought approval to hire Keery McCue, PLLC ("**KM**") to represent Debtor in these proceedings [*see* Dkt. Nos. 4 – 7]. On September 20, 2023, the Court entered an Order Employing KM [Dkt. No. 10].

3. Pursuant to Bankr. R. Civ. P. 1007 and 11 U.S.C. § 521(a)(1), the current deadline for Debtor to file all Schedules, Statements and Declaration is October 2, 2023 ("**Current Deadline**");

4. The Schedules, Statements and Declaration have not yet been filed. Debtor has provided KM with an executed electronic scan of the Declaration, but has not returned an ink-signed copy to KM so that it can be mailed to the Court for filing;

5. The Debtor's principal, John Bereckis, is currently traveling abroad for business and does not return back to the United States until October 9, 2023;

6. Further, Debtor's counsel is out of the country from October 5, 2023 through October 15, 2023 for a pre-planned family trip;

7. Debtor must gather remaining information and documents need to prepare the Schedules and Statements; and

8. Debtor is continuing to gather such information and documents to complete its Schedules and Statements

9. Once finalized, Debtor's counsel must review the Schedules and Statements with Debtor prior to filing.

**WHEREFORE**, Debtor requests the entry of an Order allowing an additional fifteen (15) calendar days beyond the current Deadline, until and including October 17, 2023, for Debtor to timely file all unfiled initial documents in this case.

**DATED** this 29th day of September, 2023.

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery, Esq.*
Patrick F. Keery, Esq. (#030971)
*Attorneys for Debtor*

**E-FILED** this 29th day of September, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on the following parties that have appeared in the case.

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov
Email: Edward.K.Bernatavicius@usdoj.gov

Dawn M. Maguire
5415 E. High St., Suite 200
Phoenix, AZ 85054
Email: TrusteeMaguire@gamlaw.com
*Subchapter V Trustee*

Joseph P. Brown
Faith, Ledyard and Faith, PLC
919 North Dysart Road, Suite F
Avondale, AZ 85323
Email: jbrown@faithlaw.com
*Attorneys for Creditor Unicorn Solar Development, Inc.*

By: */s/ Mollie Thompson*