MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR DEBTOR*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 – Subchapter V |
| **UNIVERSAL SOLAR AMERICA, LLC** | Case No. 2:23-bk-06491-MCW |
| Debtors. | **NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN that Universal Solar America, LLC ("**Debtor**"), by and through counsel undersigned, have lodged with the Bankruptcy Court this day, the Order attached hereto as **Exhibit "A."**

**DATED** this 29th day of September, 2023.

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery* (#030971)
Patrick F. Keery, Esq.
*Proposed Attorneys for Debtor*

1   **E-FILED** this 29th day of September, 2023 with
2   the U.S. Bankruptcy Court and copies
    served via ECF notice on the following
3   parties that have appeared in the case.

4   Office of U.S. Trustee
5   230 North First Ave., Suite 204
    Phoenix, AZ 85003-1706
6   Email: ustpregion14.px.ecf@usdoj.gov
7   Email: Edward.K.Bernatavicius@usdoj.gov

8   Dawn M. Maguire
    5415 E. High St., Suite 200
9   Phoenix, AZ 85054
10  Email: TrusteeMaguire@gamlaw.com
    *Subchapter V Trustee*
11
12  Joseph P. Brown
    Faith, Ledyard and Faith, PLC
13  919 North Dysart Road, Suite F
    Avondale, AZ 85323
14  Email: jbrown@faithlaw.com
15  *Attorneys for Creditor Unicorn Solar Development, Inc.*

16  By: */s/ Mollie Thompson*

17

18

19

20

21

22

23

24

25

26

27

28