SO ORDERED.

Dated: October 2, 2023

_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 – Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND DECLARATION RE: ELECTRONIC FILING** |

This matter having come before the Court on Universal Solar America, LLC's, ("**Debtor**") *Motion to Extend Time to File Schedules and Statements* ("**Motion**")[Dkt. No. 21]; and

The Court being duly advised,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the time for Debtor to files its Schedules, Statements and Declaration re. Electronic Filing is extended to and includes October 17, 2023.

**SIGNED AND DATED ABOVE**

-1-