# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0970−2 | User: admin | Date Created: 10/2/2023 | |
| Case: 2:23−bk−06491−MCW | Form ID: pdf003 | Total: 4 | |

**Recipients of Notice of Electronic Filing:**
tr    DAWN M. MAGUIRE    TrusteeMaguire@gamlaw.com
aty    DAWN M. MAGUIRE    TrusteeMaguire@gamlaw.com
aty    PATRICK F KEERY    pfk@keerymccue.com

                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Universal Solar America, LLC    515 E. Carefree Hwy    Suite 439    Phoenix, AZ 85085

                TOTAL: 1