| | |
|---|---|
| In re: | Case No. 23-06491-MCW |
| Universal Solar America, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Universal Solar America, LLC, 515 E. Carefree Hwy, Suite 439, Phoenix, AZ 85085-8839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAWN M. MAGUIRE | on behalf of Trustee DAWN M. MAGUIRE TrusteeMaguire@gamlaw.com vpetrosky@gamlaw.com,DMaguire@ecf.axosfs.com |
| DAWN M. MAGUIRE | TrusteeMaguire@gamlaw.com vpetrosky@gamlaw.com,DMaguire@ecf.axosfs.com |
| EDWARD K. BERNATAVICIUS | on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov |
| Joseph Patrick Brown | on behalf of Creditor Unicorn Solar Development Inc. jbrown@faithlaw.com, rschmidt@faithlaw.com |
| PATRICK F KEERY | on behalf of Debtor Universal Solar America LLC pfk@keerymccue.com, Mthompson@ecf.courtdrive.com,2624@notices.nextchapterbk.com,mat@keerymccue.com |

TOTAL: 5

SO ORDERED.

Dated: October 2, 2023

*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**UNIVERSAL SOLAR AMERICA, LLC**<br><br>Debtor. | Chapter 11 – Subchapter V<br><br>Case No. 2:23-bk-06491-MCW<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND DECLARATION RE: ELECTRONIC FILING** |

This matter having come before the Court on Universal Solar America, LLC's, ("**Debtor**") *Motion to Extend Time to File Schedules and Statements* ("**Motion**")[Dkt. No. 21]; and

The Court being duly advised,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the time for Debtor to files its Schedules, Statements and Declaration re. Electronic Filing is extended to and includes October 17, 2023.

**SIGNED AND DATED ABOVE**

-1-