LORBER, GREENFIELD & POLITO, LLP
Louis W. Horowitz, Esq., SBN 020842
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
TEL: (602) 437-4177
FAX: (602) 437-4180
lhorowitz@lorberlaw.com

*Attorneys for Creditor PSG Energy Group, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 11 |
|---|---|
| UNIVERSAL SOLAR AMERICA, LLC, | Case No. 2:23-bk-06491-MCW |
| Debtor, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | (Assigned to the Honorable Madeleine C. Wanslee) |

NOTICE is hereby given that the undersigned counsel has been retained to represent Creditor PSG Energy Group, LLC in the above-entitled, captioned and numbered bankruptcy case, and that copies of all documents and pleadings should be served on undersigned counsel for and on behalf of PSG Energy Group, LLC. Request is further made that PSG Energy Group, LLC, be added to the Master Mailing List.

Dated: October 5, 2023             LORBER, GREENFIELD & POLITO, LLP

By:    */s/Louis W. Horowitz*
          Louis W. Horowitz, Esq.
          3930 E. Ray Road, Suite 260
          Phoenix, AZ 85044
          *Attorneys for Creditor PSG Energy Group, LLC*

LORBER, GREENFIELD & POLITO, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

l:\lwh\bereckis 2\!bk-univ solar america\creditorfilings\psg\ntcappearancepsg-lh-100523.docx

1

LORBER, GREENFIELD & POLITO, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

1    **CERTIFICATE OF SERVICE**

2    Original of the foregoing e-filed this 5th day of October, 2023 with the United States Bankruptcy
     Court via the Court's CM/ECF system, which caused the following persons, parties or counsel to
3    be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

4    Patrick F. Keery
     KEERY MCCUE, PLLC
5    6803 E. Main Street, Ste. 1116
     Scottsdale, AZ 85251
6    pfk@keerymccue.com
     *Attorney for Debtor Universal Solar America, LLC*
7
     Dawn M. Maguire
8    TRUSTEE MAGUIRE
     5415 E. High St., Ste. 200
9    Phoenix, AZ 85054
     TrusteeMaguire@gamlaw.com
10   *Bankruptcy Trustee*

11   Edward K. Bernatavicius
     United States Trustee
12   230 N. 1st Avenue, Suite 204
     Phoenix, AZ 85003
13   edward.k.bernatavicius@usdoj.com
     *Attorney for the United States Trustee*
14
     Barry Aylstock, Esq.
15   Joseph P. Brown, Esq.
     FAITH, LEDYARD AND FAITH, PLC
16   919 North Dysart Road, Suite F
     Avondale, Arizona 85323
17   baylstock@faithlaw.com
     jbrown@faithlaw.com
18   *Attorneys for Creditor Unicorn Solar Development, Inc.*

19   By: /s/Louis W. Horowitz

20

21

22

23

24

25

26

27

28

l:\lwh\bereckis
2\!bk-univ solar
america\creditorfili
ngs\psg\ntcappeara
ncepsg-lh-
100523.docx