# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

Universal Solar America, LLC,

Debtor(s).

In Proceedings under Chapter 11

Case No. 2:23-bk-06491-MCW

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:** October 24, 2023

**Time:** 9:45 a.m.

Debtor Present: ■ YES ☐ NO    Presiding Officer: Edward K. Bernatavicius

Debtor's Address: _____

Appearance by Attorney for Debtor: Patrick F. Keery    ■ YES ☐ NO

_____ Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined? ■ YES ☐ NO

Appearances:

| Name | Party Represented |
| --- | --- |
| 1. Dawn Maguire | Subchapter V Trustee |
| 2. Joseph Brown | Unicorn Solar |
| 3. Brad Stevens | ADOR |
| 4. Louis Horitiz | PSG Energy |
| 5. | |

Related Cases: _____

Schedules Filed? ■ YES ☐ NO   If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____

When will the Schedules be filed? _____

■ Concluded  ☐ Continued    **Date:** _____

**Time:** _____

**Location:** _____

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules